IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL ACTION FILE |
| v. | ) |
| | ) Number 1:10-cr-395-TCB-AJB |
| KAYLA DENISE BODIFORD, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This matter is before the Court on the Report and Recommendation ("R&R") issued by Magistrate Judge Alan J. Baverman, which recommends that the Court deny Defendant Kayla Denise Bodiford's motion to suppress [28]. No objections to the R&R have been filed.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district judge may accept, reject or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."

28 U.S.C. § 636(b)(1)(C). The district judge must "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). Those portions of an R&R to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court has carefully reviewed Judge Baverman's R&R and finds no plain error in his factual or legal conclusions. Accordingly, the Court ADOPTS AS ITS ORDER the R&R and DENIES Defendant's motion to suppress [28].

IT IS SO ORDERED this 24th day of March, 2011.

Timothy C. Batten, Sr.
United States District Judge